# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document Relates to:** <br><br> *Ackerman et al. v. The 3M Co., et al*, **2:18-cv-03311-RMG** <br><br> *Green et al. v. The 3M Co., et al*, **2:18-cv-03335-RMG** <br><br> *Singer et al. v. The 3M Co., et al*, **2:18-cv-03336-RMG** <br><br> *Ayo et al. v. The 3M Co., et al*, **2:18-cv-03338-RMG** <br><br> *Anderson et al. v. The 3M Co., et al*, **2:18-cv-03344-RMG** <br><br> *Bates et al. v. The 3M Co., et al*, **2:18-cv-03349-RMG** <br><br> *Fogarty et al. v. The 3M Co., et al*, **2:18-cv-03354-RMG** <br><br> *Adamo et al. v. The 3M Co., et al*, **2:18-cv-03356-RMG** <br><br> *Miller et al. v. The 3M Co., et al*, **2:18-cv-03357-RMG** <br><br> *Eynon et al. v. The 3M Co., et al*, **2:18-cv-03365-RMG** <br><br> *Smith et al. v. The 3M Co., et al*, **2:18-cv-03372-RMG** <br><br> *Barker, et al., v. The 3M Co., et al.* **2:18-cv-03392-RMG** <br><br> *Bell, et al., v. The 3M Co., et al.* **2:18-cv-03366-RMG** <br><br> *Adams, et al., v. The 3M Co., et al.* **2:18-cv-03369-RMG** <br><br> *Braun, et al., v. The 3M Co., et al.* **2:18-cv-03370-RMG** <br><br> *Gordon, et al. v. The 3M Co., et al.* **2:18-cv-03371-RMG** <br><br> *Smith, et al. v. The 3M Co., et al.* **2:18-cv-03372-RMG** <br><br> *Parker, et al. v. The 3M Co., et al.* **2:18-cv-03377-RMG** <br><br> *Mann, et al. v. The 3M Co., et al.* **2:18-cv-03378-RMG** |

|   |   |
|---|---|
| ) | *Bleichert, et al., v. The 3M Co., et al.* **2:18-cv-03380-RMG** |
| ) | *Gutierres, et al. v. The 3M Co., et al.* **2:18-cv-03381-RMG** |
| ) | *Roderick, et al. v. The 3M Co., et al.* **2:18-cv-03382-RMG** |
| ) | *Chisholm, et al. v. The 3M Co., et al.* **2:18-cv-03383-RMG** |
| ) | *Gokey, et al. v. The 3M Co., et al.* **2:18-cv-03385-RMG** |
| ) | *Smith, et al. v. The 3M Co., et al.* **2:18-cv-03387-RMG** |
| ) | *Wolfe, et al. v. The 3M Co., et al.* **2:18-cv-03388-RMG** |
| ) | *Thomas, et al. v. The 3M Co., et al.* **2:18-cv-03389-RMG** |
| ) | *Thompson, et al. v. The 3M Co., et al.* **2:18-cv-03390-RMG** |
| ) | *Kahler, et al. v. The 3M Co., et al.* **2:18-cv-03391-RMG** |
| ) | *Hicks, et al. v. The 3M Co., et al.* **2:18-cv-03393-RMG** |
| ) | *Butts, et al., v. The 3M Co., et al.,* **2:18-cv-03394-RMG** |
| ) | *Hutchison, et al. v. The 3M Co., et al.* **2:18-cv-03395-RMG** |
| ) | *Ingemansen, et al. v. The 3M Co., et al.* **2:18-cv-03396-RMG** |
| ) | *Rice, et al. v. The 3M Co., et al.* **2:18-cv-03397-RMG** |
| ) | *Hartley, et al. v. The 3M Co., et al.* **2:18-cv-03398-RMG** |
| ) | *Helm, et al. v. The 3M Co., et al.* **2:18-cv-03401-RMG** |
| ) | *Stacy, et al. v. The 3M Co., et al.* **2:18-cv-03402-RMG** |
| ) | *Crow, et al. v. The 3M Co., et al.* **2:18-cv-03403-RMG** |
| ) | *Padilla, et al. v. The 3M Co., et al.* **2:18-cv-03404-RMG** |
| ) | *Taylor, et al. v. The 3M Co., et al.* **2:18-cv-03406-RMG** |
| ) | *Dilwood, et al. v. The 3M Co., et al.* **2:18-cv-03407-RMG** |
| ) | *Sherban, et al. v. The 3M Co., et al.* **2:18-cv-03408-RMG** |

|  |  |
|---|---|
| ) | *Walker, et al. v. The 3M Co., et al.* 2:18-cv-03409-RMG |
| ) | *Johnson, et al. v. The 3M Co., et al.* 2:18-cv-03410-RMG |
| ) | *Guttenberg, et al. v. The 3M Co., et al.* 2:18-cv-03411-RMG |
| ) | *Kelley, et al. v. The 3M Co., et al.* 2:18-cv-03412-RMG |
| ) | *Castro, et al., v. The 3M Co., et al.,* 2:18-cv-03413-RMG |
| ) | *Hall, et al. v. The 3M Co., et al.* 2:18-cv-03414-RMG |
| ) | *Oquendo, et al. v. The 3M Co., et al.* 2:18-cv-03415-RMG |
| ) | *Gibson, et al. v. The 3M Co., et al.* 2:18-cv-03416-RMG |
| ) | *Niskern, et al. v. The 3M Co., et al.* 2:18-cv-03417-RMG |
| ) | *Garcia, et al. v. The 3M Co., et al.* 2:18-cv-03418-RMG |
| ) | *McCloskey, et al. v. The 3M Co., et al.* 2:18-cv-03419-RMG |
| ) | *Civitarese et al. v. The 3M Co., et al,* 2:18-cv-03434-RMG |
| ) | *Zysk et al. v. The 3M Co., et al,* 2:18-cv-03439-RMG |
| ) | *Burbidge et al. v. The 3M Co., et al,* 2:18-cv-03457-RMG |
| ) | *Schaap et al. v. The 3M Co., et al,* 2:19-cv-01644-RMG |
| ) | *Teune et al. v. The 3M Co., et al,* 2:19-cv-01645-RMG |
| ) | *Cadrette et al. v. The 3M Co., et al,* 2:19-cv-01707-RMG |
| ) | *Smith et al. v. The 3M Co., et al,* 2:19-cv-01746-RMG |

3

## MOTION FOR LEAVE TO AMEND COMPLAINTS

For the reasons set forth in the accompanying Memorandum in Support of Motion for Leave to Amend Complaints, the Napoli Plaintiffs hereby move this Court for an order granting leave to amend the Complaints in the above caption pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Dated: August 5, 2019                                   Respectfully Submitted,

                                                        **NAPOLI SHKOLNIK, PLLC**

                                                        */s/ Paul J. Napoli*
                                                        Paul J. Napoli
                                                        360 Lexington Avenue, Eleventh Floor
                                                        New York, NY 10017
                                                        Telephone: (212) 397-1000
                                                        E-mail: pnapoli@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: August 5, 2019

                                               _/s/ Patrick J. Lanciotti_